**PRIORITY SEND**
JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 09-1067-VAP (VBKx)                    Date: July 13, 2009

Title:   U.S. BANK NATIONAL ASSOCIATION, etc.-v- MERCEDES VILLA AVALOS

================================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS:   MINUTE ORDER: (1) REMANDING FOR LACK OF SUBJECT MATTER JURISDICTION; (2) DENYING MOTION TO REMAND AS MOOT  (IN CHAMBERS)

   Defendant failed to respond timely to the Court's Order to Show Cause regarding subject matter jurisdiction.  The Court REMANDS the action to the Superior Court for the County of San Bernardino.

   The Court DENIES the Motion to Remand filed on July 2, 2009 for hearing on July 27, 2009 as MOOT.

   **IT IS SO ORDERED.**